```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 50250
   GRETA D MORGAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8859


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/15/2003 and was confirmed 02/12/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated  12.83% from remaining funds.

      The case was paid in full 09/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
MEADOWS CREDIT UNION        SECURED           11835.00      5604.11      11835.00
MEADOWS CREDIT UNION        UNSECURED          7995.50         .00        1025.96
ADVANCED MED TRANSPORT      UNSECURED         NOT FILED        .00            .00
ANDERSON FINANCIAL NETWO    UNSECURED         NOT FILED        .00            .00
AMERICAN GENERAL FINANCE    UNSECURED         NOT FILED        .00            .00
AMERITECH                   UNSECURED         NOT FILED        .00            .00
AFNI                        UNSECURED         NOT FILED        .00            .00
ARROW FINANCIAL SERVICES    UNSECURED         NOT FILED        .00            .00
CREDIT BUREAU ACCOUNTS      UNSECURED         NOT FILED        .00            .00
CREDIT BUREAU ACCOUNTS      UNSECURED         NOT FILED        .00            .00
CREDITORS DISCOUNT AND A    UNSECURED         NOT FILED        .00            .00
FIDELITY FEDERAL BANK       UNSECURED         NOT FILED        .00            .00
ILLINOIS EMERGENCY MANAG    UNSECURED         NOT FILED        .00            .00
MCALLISTER & ASSOCIATES     UNSECURED         NOT FILED        .00            .00
MIDWESTERN AUDIT SERVICE    UNSECURED         NOT FILED        .00            .00
HEMATOLOGY ONCOLOGY ASS     UNSECURED         NOT FILED        .00            .00
ONE IRON VENTURE            UNSECURED         NOT FILED        .00            .00
OSF                         UNSECURED         NOT FILED        .00            .00
OSF                         UNSECURED         NOT FILED        .00            .00
OSF                         UNSECURED         NOT FILED        .00            .00
PRO COM SERVICES            UNSECURED         NOT FILED        .00            .00
PROFESSIONAL MEDICAL COL    UNSECURED         NOT FILED        .00            .00
ECMC                        UNSECURED         20889.29         .00        2680.45
TIMOTHY K LIOU              DEBTOR ATTY       2,499.40                    2,499.40
TOM VAUGHN                  TRUSTEE                                       1,454.83
DEBTOR REFUND               REFUND                                          350.96

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 25,450.71

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 50250 GRETA D MORGAN
```

```
PRIORITY                                                              .00
SECURED                                                         11,835.00
     INTEREST                                                    5,604.11
UNSECURED                                                        3,706.41
ADMINISTRATIVE                                                   2,499.40
TRUSTEE COMPENSATION                                             1,454.83
DEBTOR REFUND                                                      350.96
                                       ---------------    ---------------
TOTALS                                      25,450.71          25,450.71
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 12/22/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```